1  GABROY LAW OFFICES
   Christian Gabroy (#8805)
2  Justin A. Shiroff (#12869)
   The District at Green Valley Ranch
3  170 South Green Valley Parkway, Suite 280
   Henderson, Nevada 89012
4  Tel   (702) 259-7777
   Fax   (702) 259-7704
5  christian@gabroy.com
   jshiroff@gabroy.com
6  *Attorneys for Plaintiff Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>Plaintiff,<br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM (ECF NO. 9)**<br><br>**(FIRST REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO COUNTERCLAIM (ECF NO. 9)**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff/Counter-Defendant Russell LeBarron ("Plaintiff") and Defendant/Counterclaimant Interstate Group, LLC ("Defendant") as follows:

**WHEREAS**, on or about August 9, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-799959-C (the "Lawsuit");

**WHEREAS**, on or about September 10, 2019, Plaintiff served the Defendant with the Complaint;

**WHEREAS**, Defendant filed a Notice of Removal with the United States District Court, District of Nevada (ECF No. 1);

**WHEREAS**, Defendant filed its Answer and Counterclaim (the "Counterclaim", ECF No. 9) on or about October 14, 2019;

Page 1 of 2

GABROY LAW OFFICES
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

**WHEREAS**, Plaintiff's responsive pleading is currently due by November 4, 2019;

**WHEREAS**, due to scheduling conflicts, the Parties agree to an additional eleven (11) day extension through November 15, 2019, for Plaintiff to respond to the Counterclaim; and,

**WHEREAS**, this is the first request for an extension regarding the filing of Plaintiff's response to Defendant's Counterclaim, which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

Dated this 28th day of October 2019.

| | |
|---|---|
| Dated: October 28, 2019 | Dated: October 28, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| By */s/ Christian Gabroy, Esq.*<br>Christian Gabroy, Esq.<br>Justin A. Shiroff, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway,<br>Suite 280<br>Henderson, Nevada 89012<br>Fax (702) 259-7704 | By */s/ Malani L. Kotchka, Esq.*<br>Malani L. Kotchka<br>Hejmanowski & McCrea LLC<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Telephone: (702) 834-8777<br>Fax: (702) 834-5262 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: October 30, 2019