GABROY LAW OFFICES
Christian Gabroy (#8805)
Justin A. Shiroff (#12869)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
jshiroff@gabroy.com
*Attorneys for Plaintiff Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>Plaintiff,<br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM (ECF NO. 9)**<br><br>**(SECOND REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME**
**TO RESPOND TO COUNTERCLAIM (ECF NO. 9)**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff/Counter-Defendant Russell LeBarron ("Plaintiff") and Defendant/Counterclaimant Interstate Group, LLC ("Defendant") as follows:

**WHEREAS**, on or about August 9, 2019, Plaintiff filed in the Eighth Judicial District Court a Complaint (the "Complaint"), which was assigned Case No. A-19-799959-C (the "Lawsuit");

**WHEREAS**, on or about September 10, 2019, Plaintiff served the Defendant with the Complaint;

**WHEREAS**, Defendant filed a Notice of Removal with the United States District Court, District of Nevada (ECF No. 1);

**WHEREAS**, Defendant filed its Answer and Counterclaim (the "Counterclaim", ECF No. 9) on or about October 14, 2019;

**WHEREAS**, Parties stipulated to an extension of time to respond to Defendant's counterclaim (ECF No. 11).

**WHEREAS**, an Order was granted on October 30, 2019 (ECF No. 12) scheduling Plaintiff's responsive pleading to be filed on or before November 15, 2019.

**WHEREAS**, in an effort to conserve costs and time, the Parties plan on engaging in early settlement negotiations and have an Early Neutral Evaluation scheduled for December 4, 2019 (ECF No. 7).

**WHEREAS**, the Parties agree to an additional twenty-six (26) day extension through December 11, 2019, for Plaintiff to respond to the Counterclaim in the event this matter does not resolve at the ENE; and,

///
///
///
///
///
///
///

**WHEREAS**, this is the second request for an extension regarding the filing of Plaintiff's response to Defendant's Counterclaim, which is made in good faith, not for purposes of delay, to conserve costs and fees that are better put towards settlement at the ENE, and neither party is prejudiced by this extension.

Dated this __12th___ day of November 2019.

| | |
|---|---|
| Dated: November __12_, 2019 | Dated: November _12__, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| By */s/ Christian Gabroy, Esq.*<br>Christian Gabroy, Esq.<br>Justin A. Shiroff, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway,<br>Suite 280<br>Henderson, Nevada 89012<br>Fax    (702) 259-7704 | By */s/ Malani L. Kotchka, Esq.*<br>Malani L. Kotchka<br>Hejmanowski & McCrea LLC<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Telephone: (702) 834-8777<br>Fax: (702) 834-5262 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2019