MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant
Interstate Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM (ECF No. 20)**<br><br>(First Request) |
| INTERSTATE GROUP, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>RUSSELL LEBARRON,<br><br>Counter-Defendant. | |

Plaintiff Russell LeBarron, and defendant Interstate Group, LLC, by and through their undersigned counsel, hereby stipulate and agree to the following extension of time. On December 6, 2019, Plaintiff filed a Motion to Dismiss Defendant's Counterclaim, ECF No. 20. Defendant's response is due December 20, 2019, and Defendant plans to file a response after conducting some discovery. Plaintiff contends that no discovery is warranted before Defendant

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

files a response. Plaintiff and Defendant hereby agree that Defendant's response to the Motion shall be due on January 17, 2020. This is the first stipulation for the extension of time to file a response to the Motion.

| | |
|---|---|
| GABROY LAW OFFICES | HEJMANOWSKI & McCREA LLC |
| By: /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendant, Counterclaimant |

## ORDER

**IT IS SO ORDERED.**

/s/ James C. Mahan
United States District Judge

Dated: December 18, 2019