1  GABROY LAW OFFICES
   Christian Gabroy (#8805)
2  Kaine Messer (#14240)
   The District at Green Valley Ranch
3  170 South Green Valley Parkway, Suite 280
   Henderson, Nevada 89012
4  Tel   (702) 259-7777
   Fax   (702) 259-7704
5  christian@gabroy.com
   kmesser@gabroy.com
6  *Attorneys for Plaintiff/Counter-Defendant
   Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>  Plaintiff,<br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>  Defendant.<br>―――――――――――――――――<br>INTERSTATE GROUP, LLC;<br><br>  Counterclaimant,<br>vs.<br><br>RUSSELL LEBARRON,<br><br>  Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM (ECF No. 20)**<br><br>**(Second Request)** |

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S
MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

Plaintiff/Counter-Defendant Russell LeBarron and Defendant/Counterclaimant Interstate Group LLC, by and through their respective counsel of record, hereby stipulate to the following extension of time for Defendant/Counterclaimant Interstate Group LLC to respond to Plaintiff/Counter-Defendant's Motion to Dismiss Defendant's Counterclaim (ECF No. 20). Defendant's response is due January 17, 2020. *See* ECF No. 27, p. 2.

Plaintiff has requested until February 7, 2020 to respond to outstanding discovery, and Defendant has agreed. In addition, Defendant has requested until February 21, 2020

to respond to outstanding discovery, and Plaintiff has agreed.

Accordingly, and to facilitate such extensions, Plaintiff and Defendant hereby agree that Defendant's response to the Motion shall be due on February 14, 2020.

This is the second request for an extension of time to file a response to the motion. This request is not sought for any improper purpose or other reason of delay.

Dated this 7th day of January 2020.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff*

Dated this 7th day of January 2020.

Respectfully submitted,

/s/ *Malani Kotchka*
Malani L. Kotchka, Esq.
Nev. Bar No. 0283
HEJMANOWSKI & MCCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel: (702) 834-8777
Fax: (702) 834-5262

*Attorney for Defendant*

**IT IS SO ORDERED.**

January 9, 2020
_____
Date

_____
UNITED STATES DISTRICT JUDGE