```
1   MALANI L. KOTCHKA
    Nevada Bar No. 283
2   HEJMANOWSKI & McCREA LLC
    520 South Fourth Street, Suite 320
3   Las Vegas, NV  89101
    Telephone: (702) 834-8777
4   Facsimile: (702) 834-5262
    mlk@hmlawlv.com
5
    Attorneys for Defendant
6   Interstate Group, LLC
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:19-cv-01739-JCM-DJA |
| INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive, | ) STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| Defendant. | ) (First Request) |

Plaintiff Russell LeBarron, and defendant Interstate Group, LLC, by and through their undersigned counsel, hereby stipulate and agree to the following extension of time. On April 1, 2020, Plaintiff filed its First Amended Complaint, ECF No. 36. Defendant's response is due April 15, 2020, and Defendant plans to file a response. Plaintiff and Defendant hereby agree that

///

///

///

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

Defendant's responsive pleading to the First Amended Complaint shall be due on April 17, 2020.

This is the first stipulation for the extension of time to file a response to the First Amended Complaint.

GABROY LAW OFFICES

By: /s/ Christian Gabroy
Christian Gabroy (SBN 8805)
Kaine Messer (SBN 14240)
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Tel 702-259-7777
Fax 702-259-7704
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff

HEJMANOWSKI & McCREA LLC

By: /s/ Malani L. Kotchka
Malani Kotchka (SBN 0283)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel 702-834-8777
Fax 702-834-5262
mlk@hmlawlv.com

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: April 16, 2020