MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant
Interstate Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　　Defendant.<br><hr>INTERSTATE GROUP, LLC,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>RUSSELL LEBARRON,<br><br>　　　　　　Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FOURTH CAUSE OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(First Request) |

　　　　Plaintiff Russell LeBarron, and defendant Interstate Group, LLC, by and through their undersigned counsel, hereby stipulate and agree to the following extension of time. On April 17, 2020, Defendant filed its Motion to Dismiss the Fourth Cause of Action of Plaintiff's First

Amended Complaint (ECF No. 41). Plaintiff filed its Response on May 5, 2020 (ECF No. 42), and Defendant plans to file a Reply.

Plaintiff and Defendant hereby agree that Defendant's reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss the Fourth Cause of Action of Plaintiff's First Amended Complaint shall be due on May 12, 2020. This is the first stipulation for the extension of time to file a reply to Plaintiff's Opposition.

| GABROY LAW OFFICES | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_/s/ James C. Mahan_
United States District Judge

Dated: May 8, 2020