MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant
Interstate Group, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive,<br><br>   Defendant.<br>_____<br>INTERSTATE GROUP, LLC,<br><br>   Counterclaimant,<br><br>v.<br><br>RUSSELL LEBARRON,<br><br>   Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff/Counter-Defendant Russell LeBarron, and Defendant/Counterclaimant Interstate Group, LLC ("Interstate"), by and through their undersigned counsel, hereby stipulate and agree that Interstate may have through July 27, 2020 to file its responsive pleading and counterclaim to Plaintiff's Second Amended Complaint. This is the first stipulation for the extension of time to

/ / /

/ / /

file a response and counterclaim to the Second Amended Complaint.

| GABROY LAW OFFICES | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendant/Counterclaimant Interstate Group, LLC |

### ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: July 8, 2020