1  MALANI L. KOTCHKA
   Nevada Bar No. 283
2  HEJMANOWSKI & McCREA LLC
   520 South Fourth Street, Suite 320
3  Las Vegas, NV 89101
   Telephone: (702) 834-8777
4  Facsimile: (702) 834-5262
   mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant*
*Interstate Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual, | ) |
| Plaintiff, | ) Case No.: 2:19-cv-01739-JCM-DJA |
| v. | ) |
| INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive, | ) |
| Defendant. | ) **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| INTERSTATE GROUP, LLC, | ) (Second Request) |
| Counterclaimant, | ) |
| v. | ) |
| RUSSELL LEBARRON, | ) |
| Counter-Defendant. | ) |

Plaintiff/Counter-Defendant Russell LeBarron, and Defendant/Counterclaimant Interstate Group, LLC ("Interstate"), by and through their undersigned counsel, hereby stipulate and agree that Interstate may have through August 3, 2020 to file its responsive pleading and counterclaim to Plaintiff's Second Amended Complaint. This is the second stipulation for the extension of

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

time to file a response and counterclaim to the Second Amended Complaint. This request is not being made for the purpose of delay. It is being made because the attorney for Defendant/Counterclaimant has some scheduling problems.

| GABROY LAW OFFICES | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendant/Counterclaimant<br>Interstate Group, LLC |

### ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: July 24, 2020