GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff/Counter-Defendant Russell LeBarron*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>        Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (ECF No. 64) AND TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**(First Request)** |
| INTERSTATE GROUP, LLC;<br><br>        Counterclaimant,<br><br>vs.<br><br>RUSSELL LEBARRON,<br><br>        Counter-Defendant. | |

**<u>STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (ECF No. 64) AND TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS</u>**

Plaintiff/Counter-Defendant Russell LeBarron and Defendant/Counterclaimant Interstate Group, LLC, by and through their respective counsel of record, hereby stipulate to the following extension of time for Plaintiff/Counter-Defendant Russell LeBarron to respond to Defendant/Counterclaimant Interstate Group, LLC Motion to Dismiss Second Amended Complaint, or Alternatively, Motion for Summary Judgment (ECF No. 64). Plaintiff/Counter-Defendant's response is currently due August 17, 2020.

The parties hereby agree that Plaintiff/Counter-Defendant's response to the Motion shall be due on **September 30, 2020**.

This is the first request for an extension of time to file a response to the motion.

Further, the parties hereby agree that the deadline to file dispositive motions shall be extended from September 29, 2020 to **October 31, 2020**.

Good cause readily exists for this request. The FRCP 30(b)(6) deposition of Defendant/Counterclaimant Interstate Group, LLC is currently scheduled for August 21, 2020 as is the deposition of a witness on August 28, 2020. The parties make this request in good faith to conserve resources and to allow such discovery efforts to occur prior to the full briefing of Defendant/Counterclaimant Interstate Group, LLC's Motion (ECF No. 64).

This request is not sought for any improper purpose or other reason of delay.

Dated this _11th__ day of August 2020.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff/Counter-Defendant*

Dated this _11th__ day of August 2020.

Respectfully submitted,

/s/ *Malani L. Kotchka, Esq.*
Malani L. Kotchka, Esq.
Nev. Bar No. 0283
HEJMANOWSKI & MCCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel: (702) 834-8777
Fax: (702) 834-5262

*Attorney for Defendant/Counterclaimant*

**IT IS SO ORDERED.**

August 12, 2020
Date

_____
UNITED STATES DISTRICT JUDGE