MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant*
*Interstate Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive,<br><br>  Defendant.<br><br>INTERSTATE GROUP, LLC,<br><br>  Counterclaimant,<br><br>v.<br><br>RUSSELL LEBARRON,<br><br>  Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS DEFENDANT/COUNTERCLAIMANT'S SECOND AMENDED COUNTERCLAIM**<br><br>**(First Request)** |

Plaintiff/Counter-Defendant Russell LeBarron, and Defendant/Counterclaimant Interstate Group, LLC ("Interstate"), by and through their undersigned counsel, hereby stipulate and agree that Interstate may have through September 14, 2020 to file its responsive pleading to Plaintiff/Counter-Defendant's Motion to Dismiss Defendant/Counterclaimant's Second

///

Amended Counterclaim (ECF No. 69). This is the first stipulation for the extension of time to file a response.

| GABROY LAW OFFICES | HEJMANOWSKI & McCREA LLC |
|---|---|
| By: /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com<br><br>Attorneys for Plaintiff/Counter-Defendant | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com<br><br>Attorneys for Defendant/Counterclaimant<br>Interstate Group, LLC |

## ORDER

IT IS SO ORDERED.

/s/ James C. Mahan
United States District Judge

Dated: September 11, 2020