MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant Interstate Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual, | |
| Plaintiff, | **Case No.: 2:19-cv-01739-JCM-DJA** |
| v. | |
| INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive, | |
| Defendant. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS DEFENDANT/COUNTERCLAIMANT'S SECOND AMENDED COUNTERCLAIM** |
| INTERSTATE GROUP, LLC, | |
| Counterclaimant, | |
| v. | **(Second Request)** |
| RUSSELL LEBARRON, | |
| Counter-Defendant. | |

Plaintiff/Counter-Defendant Russell LeBarron, and Defendant/Counterclaimant Interstate Group, LLC ("Interstate"), by and through their undersigned counsel, hereby stipulate and agree that Interstate may have through September 16, 2020 to file its response to Plaintiff/Counter-Defendant's Motion to Dismiss Defendant/Counterclaimant's Second Amended Counterclaim

/ / /

Page 1 of 2

1  (ECF No. 69). This is the second stipulation for the extension of time to file a response.

2

3  GABROY LAW OFFICES                                    HEJMANOWSKI & McCREA LLC

4

5  By: /s/ Christian Gabroy                              By: /s/ Malani L. Kotchka
   Christian Gabroy (SBN 8805)                           Malani Kotchka (SBN 0283)
6  Kaine Messer (SBN 14240)                              520 South Fourth Street, Suite 320
   The District at Green Valley Ranch                    Las Vegas, NV 89101
7  170 South Green Valley Parkway                        Tel 702-834-8777
   Suite 280                                             Fax 702-834-5262
8  Henderson, NV 89012                                   mlk@hmlawlv.com
   Tel 702-259-7777
9  Fax 702-259-7704
   christian@gabroy.com
10 kmesser@gabroy.com

11 Attorneys for Plaintiff/Counter-Defendant              Attorneys for Defendant/Counterclaimant
                                                         Interstate Group, LLC
12

13

14

15                                          **ORDER**

16
                                            **IT IS SO ORDERED.**
17

18                                          _____
                                            United States District Judge
19
                                            Dated: September 14, 2020
20

21

22

23

24

25

26

27

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777