GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>        Plaintiff,<br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>        Defendant.<br><br>INTERSTATE GROUP, LLC;<br><br>        Counterclaimant,<br>vs.<br><br>RUSSELL LEBARRON,<br><br>        Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (ECF NO. 64)**<br><br>**(SECOND REQUEST)** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS SECOND AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (ECF NO. 64)**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff/Counter-Defendant Russell LeBarron ("Plaintiff") and Defendant/Counterclaimant Interstate Group, LLC ("Defendant") as follows:

**WHEREAS**, Defendant filed its Motion to Dismiss Second Amended Complaint, or Alternatively, Motion for Summary Judgment (the "Motion", ECF No. 64) on or about August 3, 2020;

**WHEREAS**, pursuant to the parties' previous stipulation as reflected in

ECF No. 66, p. 2, Plaintiff's response is currently due by September 30, 2020;

**WHEREAS**, due to scheduling conflicts, the Parties agree to an additional seven (7) day extension through October 7, 2020, for Plaintiff to respond to the Motion; and,

**WHEREAS**, this is the second request for an extension regarding the filing of Plaintiff's response to Defendant's Motion, which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

Dated: September 24, 2020

Respectfully submitted,

By */s/ Christian Gabroy, Esq.*
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Fax    (702) 259-7704

*Attorneys for Plaintiff*

Dated: September 24, 2020

Respectfully submitted,

By /s/___Malani L. Kotchka_____.
Malani L. Kotchka
Hejmanowski & McCrea LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Fax: (702) 834-5262

*Attorneys for Defendant*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated:   September 25, 2020
_____