1  MALANI L. KOTCHKA
   Nevada Bar No. 283
2  HEJMANOWSKI & McCREA LLC
   520 South Fourth Street, Suite 320
3  Las Vegas, NV 89101
   Telephone: (702) 834-8777
4  Facsimile: (702) 834-5262
   mlk@hmlawlv.com
5
   *Attorneys for Defendant/Counterclaimant*
6  *Interstate Group, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10  RUSSELL LEBARRON, an individual,          )
                                              )
11                      Plaintiff,            )
                                              )   **Case No.: 2:19-cv-01739-JCM-DJA**
12  v.                                        )
                                              )
13  INTERSTATE GROUP, LLC; DOES I             )
    THROUGH X; and ROE Corporations XI        )
14  through XX, inclusive,                    )
                                              )   **STIPULATION AND ORDER TO**
15                      Defendant.            )   **EXTEND TIME TO REPLY TO**
                                              )   **PLAINTIFF'S RESPONSE IN**
16                                            )   **OPPOSITION TO MOTION TO**
                                              )   **DISMISS SECOND AMENDED**
17  INTERSTATE GROUP, LLC,                    )   **COMPLAINT, or ALTERNATIVELY,**
                                              )   **MOTION FOR SUMMARY**
18                      Counterclaimant,      )   **JUDGMENT**
                                              )
19  v.                                        )   **(First Request)**
                                              )
20  RUSSELL LEBARRON,                         )
                                              )
21                      Counter-Defendant.    )
                                              )
22

23          Plaintiff Russell LeBarron, and Defendant Interstate Group, LLC ("Interstate"), by and

24  through their undersigned counsel, hereby stipulate and agree that Interstate may have through

25  October 21, 2020 to file its reply to Plaintiff's Response in Opposition to Defendant's Motion to

26  Dismiss Second Amended Complaint, or Alternatively, Motion for Summary Judgment. (ECF

27  / / /

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

1    No. 79).  This is the first stipulation for the extension of time to file a reply.

2

3    GABROY LAW OFFICES                    HEJMANOWSKI & McCREA LLC

4

5    By:___/s/ Christian Gabroy___         By:___/s/ Malani L. Kotchka___
6    Christian Gabroy (SBN 8805)           Malani Kotchka (SBN 0283)
     Kaine Messer (SBN 14240)              520 South Fourth Street, Suite 320
7    The District at Green Valley Ranch    Las Vegas, NV  89101
     170 South Green Valley Parkway        Tel 702-834-8777
8    Suite 280                             Fax 702-834-5262
     Henderson, NV  89012                  mlk@hmlawlv.com
9    Tel 702-259-7777
     Fax 702-259-7704
10   christian@gabroy.com
     kmesser@gabroy.com

11   Attorneys for Plaintiff/Counter-Defendant    Attorneys for Defendant/Counterclaimant
                                                   Interstate Group, LLC
12

13

14

15                                **ORDER**

16                                **IT IS SO ORDERED.**

17

18                                _____
                                  United States District Judge
19
                                  Dated:___October 19, 2020_____
20

21

22

23

24

25

26

27

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 2 of 2