MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV  89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant*
*Interstate Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual, | ) |
| Plaintiff, | ) |
| | ) **Case No.:  2:19-cv-01739-JCM-DJA** |
| v. | ) |
| INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive, | ) |
| Defendant. | ) **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| INTERSTATE GROUP, LLC, | ) |
| Counterclaimant, | ) **(First Request)** |
| v. | ) |
| RUSSELL LEBARRON, | ) |
| Counter-Defendant. | ) |

Plaintiff Russell LeBarron, and Defendant Interstate Group, LLC ("Interstate"), by and

through their undersigned counsel, hereby stipulate and agree that Interstate may have through

December 11, 2020 to file its reply to Plaintiff's Response in Opposition to Defendant's Motion

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

for Summary Judgment. (ECF No. 84).  This is the first stipulation for the extension of time to

file a reply.


GABROY LAW OFFICES                          HEJMANOWSKI & McCREA LLC


By:____/s/  Christian Gabroy_____         By:____/s/  Malani L. Kotchka_____
Christian Gabroy (SBN 8805)                 Malani Kotchka (SBN 0283)
Kaine Messer (SBN 14240)                    520 South Fourth Street, Suite 320
The District at Green Valley Ranch          Las Vegas, NV  89101
170 South Green Valley Parkway              Tel 702-834-8777
Suite 280                                   Fax 702-834-5262
Henderson, NV  89012                        mlk@hmlawlv.com
Tel 702-259-7777
Fax 702-259-7704
christian@gabroy.com
kmesser@gabroy.com

Attorneys for Plaintiff/Counter-Defendant   Attorneys for Defendant/Counterclaimant
                                            Interstate Group, LLC


## ORDER


**IT IS SO ORDERED.**

_____
United States District Judge

Dated;_____December 2, 2020_____

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777