MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant
Interstate Group, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual, | ) |
| Plaintiff, | ) Case No.: 2:19-cv-01739-JCM-DJA |
| v. | ) |
| INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive, | ) |
| Defendant. | ) **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| INTERSTATE GROUP, LLC, | ) |
| Counterclaimant, | ) (Second Request) |
| v. | ) |
| RUSSELL LEBARRON, | ) |
| Counter-Defendant. | ) |

Plaintiff Russell LeBarron, and Defendant Interstate Group, LLC ("Interstate"), by and through their undersigned counsel, hereby stipulate and agree that Interstate may have from December 11, 2020, through December 14, 2020, to file its reply to Plaintiff's Response in Opposition to Defendant's for Summary Judgment. (ECF No. 84). This is the second stipulation

///

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

for the extension of time to file a reply. Interstate needs a few more days to finalize its reply brief.

| GABROY LAW OFFICES | HEJMANOWSKI & McCREA LLC |
|---|---|
| By:  /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com<br><br>Attorneys for Plaintiff/Counter-Defendant | By:  /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com<br><br><br><br><br><br>Attorneys for Defendant/Counterclaimant<br>Interstate Group, LLC |

### ORDER

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 11, 2020