```
GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax  (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
```
*Attorneys for Plaintiff/Counter-Defendant Russell LeBarron*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>　　　　　Plaintiff,<br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　Defendant.<br><br>INTERSTATE GROUP, LLC;<br><br>　　　　　Counterclaimant,<br>vs.<br><br>RUSSELL LEBARRON,<br><br>　　　　　Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br><br>(FIRST REQUEST) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

The parties, by and through their respective counsel of record, submit the following Stipulation And Order For Extension Of Time To File Pretrial Order.

Specifically, the Parties herein request the deadline to file their Joint Pretrial Order be extended 30-days up to and including May 26, 2021.

This is the first request to extend time to file the Pretrial Order. Such extension request herein is made in good faith.

Such extension request is needed as the parties are currently engaged in good-faith,

1  potential resolution discussions. This request is not sought for any improper purpose or other
2  reason of delay. Rather, it is sought only to conserve expenditures and resources of this
3  litigation while the parties engage in such potential resolution efforts and while the parties
4  discuss various aspects of the anticipated trial.

5      IT IS SO STIPULATED.

Dated this 20th day of April 2021.      Dated this 20th day of April 2021.

Respectfully submitted,      Respectfully submitted,

/s/ *Christian Gabroy*      /s/ *Malani L. Kotchka*
Christian Gabroy, Esq.      Malani L. Kotchka, Esq.
Nev. Bar No. 8805      Nev. Bar No. 0283
GABROY LAW OFFICES      HEJMANOWSKI & MCCREA LLC
170 S. Green Valley Parkway, Ste 280      520 South Fourth Street, Suite 320
Henderson, Nevada 89012      Las Vegas, NV 89101
Tel (702) 259-7777      Tel: (702) 834-8777
Fax (702) 259-7704      Fax: (702) 834-5262

*Attorneys for Plaintiff/Counter-Defendant*      *Attorney for Defendant/Counterclaimant*

**IT IS SO ORDERED.**

Dated: __April 21__, 2021      _____
                                                                           United States Magistrate Judge