GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff/Counter-Defendant Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant.<br><br>INTERSTATE GROUP, LLC;<br><br>Counterclaimant,<br><br>vs.<br><br>RUSSELL LEBARRON,<br><br>Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br><br>(SECOND REQUEST) |

**STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE PRETRIAL ORDER**

The parties, by and through their respective counsel of record, submit the following Stipulation And Order For Extension Of Time To File Pretrial Order.

Specifically, the Parties herein request the deadline to file their Joint Pretrial Order be extended 30-days up to and including June 25, 2021.

This is the second request to extend time to file the Pretrial Order. Such extension request herein is made in good faith.

Such extension request is needed as the parties are currently engaged in good-faith,

1 potential resolution discussions. This request is not sought for any improper purpose or other
2 reason of delay. Rather, it is sought only to conserve expenditures and resources of this
3 litigation while the parties engage in such potential resolution efforts and while the parties
4 discuss various aspects of the anticipated trial.

5    IT IS SO STIPULATED.

Dated this 25th day of May 2021.   Dated this 25th day of May 2021.

Respectfully submitted,   Respectfully submitted,

/s/ *Christian Gabroy*   /s/ *Malani L. Kotchka*
Christian Gabroy, Esq.   Malani L. Kotchka, Esq.
Nev. Bar No. 8805   Nev. Bar No. 0283
GABROY LAW OFFICES   HEJMANOWSKI & MCCREA LLC
170 S. Green Valley Parkway, Ste 280   520 South Fourth Street, Suite 320
Henderson, Nevada 89012   Las Vegas, NV  89101
Tel (702) 259-7777   Tel: (702) 834-8777
Fax (702) 259-7704   Fax: (702) 834-5262

*Attorneys for Plaintiff/Counter-Defendant*   *Attorney for Defendant/Counterclaimant*

**IT IS SO ORDERED.**

Dated: ____May 26____, 2021   _____
                              DANIEL J. ALBREGTS
                              UNITED STATES MAGISTRATE JUDGE

5/25/2021     LeBarron adv. Interstate Group/Status - assistant@gabroy.com - Gabroy Law Offices Mail

Case 2:19-cv-01739-JCM-DJA Document 98 Filed 05/25/21 Page 3 of 3

**Malani Kotchka**     3:24 PM (9 minutes ago)

to Christian, Rosalie, me, Dominique, Kaine

Christian: You may attach my signature and file. Are you available tomorrow at 2:00 p.m.?Malani

Malani L. Kotchka

**From:** Christian Gabroy <christian@gabroy.com>
**Sent:** Tuesday, May 25, 2021 1:25 PM
**To:** Malani Kotchka <mlk@hmlawlv.com>; Rosalie Garcia <rg@hmlawlv.com>; Gabroy Law Assistant <assistant@gabroy.com>; Dominique Bosa-Edwards <dbe@gabroy.com>; Kaine Messer <kmesser@gabroy.com>
**Subject:** Re: LeBarron adv. Interstate Group/Status

Malani,

See proposed SAO. Please advise if we may attach your signature and efile. What times are you available today.

Thank you.

Christian