GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff/Counter-Defendant Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>　　　　　Plaintiff,<br>vs.<br><br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　Defendant.<br><br>INTERSTATE GROUP, LLC;<br><br>　　　　　Counterclaimant,<br>vs.<br><br>RUSSELL LEBARRON,<br><br>　　　　　Counter-Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE PRETRIAL ORDER FOR JURY TRIAL**<br><br>(THIRD REQUEST)<br><br>(NO FURTHER EXTENSION) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER

The parties, by and through their respective counsel of record, submit the following Stipulation and Order For Extension Of Time To File Pretrial Order.

Specifically, the Parties herein request the deadline to file their Joint Pretrial Order be extended up to and including July 30, 2021. This will be the last requested extension.

This is the third request to extend time to file the Pretrial Order. Such extension request herein is made in good faith. Defendant and Counterclaimant shall submit its proposed uncontested facts deemed material in the action pursuant to LR II 16-3(b)(3) to

Plaintiff-Counterdefendant by June 30, 2021. Plaintiff and Counterdefendant shall submit his draft of the Pretrial Order to Defendant and Counterclaimant no later than July 19, 2021.

The extension request is needed as the parties have been engaged in good-faith, potential resolution discussions. Since the parties expended time on attempted resolution, such extension is now needed to complete and finalize the Pretrial Order.

This request is not sought for any improper purpose or other reason of delay. Rather, it is sought only to conserve expenditures and resources of this litigation while the parties now turn to finalization and completion of the Pretrial Order. No further extensions to file the Pretrial Order will be requested.

IT IS SO STIPULATED.

Dated this 22 day of June 2021.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff/Counter-Defendant*

Dated this 22 day of June 2021.

Respectfully submitted,

/s/ *Malani Kotchka*
Malani L. Kotchka, Esq.
Nev. Bar No. 0283
HEJMANOWSKI & MCCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Tel: (702) 834-8777
Fax: (702) 834-5262

*Attorney for Defendant/Counterclaimant*

**IT IS SO ORDERED. No further requests to file the Pretrial Order will be granted.**

Dated: _____June 23_____, 2021    _____
United States Magistrate Judge



**Gabroy Law Assistant <assistant@gabroy.com>**

## LeBarron vs. Interstate

**Malani Kotchka** <mlk@hmlawlv.com>  Tue, Jun 22, 2021 at 2:54 PM
To: Gabroy Law Assistant <assistant@gabroy.com>, Rosalie Garcia <rg@hmlawlv.com>
Cc: "Christian Gabroy, Esq." <christian@gabroy.com>, Kaine Messer <kmesser@gabroy.com>, Dominique Bosa-Edwards <dbe@gabroy.com>

Yes.

Malani L. Kotchka

---

**From:** Gabroy Law Assistant <assistant@gabroy.com>
**Sent:** Tuesday, June 22, 2021 11:57 AM
**To:** Malani Kotchka <mlk@hmlawlv.com>; Rosalie Garcia <rg@hmlawlv.com>
**Cc:** Christian Gabroy, Esq. <christian@gabroy.com>; Kaine Messer <kmesser@gabroy.com>; Dominique Bosa-Edwards <dbe@gabroy.com>
**Subject:** LeBarron vs. Interstate

Hello Ms. Kotchka,

All revisions were accepted. Please let me know if we may add your e-signature and file the attached stipulation.

Thank you,

--



Ella Dumo
Legal Assistant to Attorney Christian Gabroy
GABROY LAW OFFICES
The District at Green Valley Ranch
170 S. Green Valley Pkwy. Ste. 280 | Henderson, NV 89012
Office: (702) 259-7777 | Facsimile: (702) 259-7704

STATEMENT OF CONFIDENTIALITY: The information contained in this transmission, including any attached documentation is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Gabroy Law Offices immediately by replying to this email.