GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Russell LeBarron*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL LEBARRON, an individual;<br><br>　　　　Plaintiff,<br>vs.<br>INTERSTATE GROUP, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　Defendant. | Case No.: 2:19-cv-01739-JCM-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE THE TRIAL**<br><br>**(FIRST REQUEST)** |
| INTERSTATE GROUP, LLC;<br><br>　　　　Counterclaimant,<br>vs.<br>RUSSELL LEBARRON,<br><br>　　　　Counter-Defendant. | |

**STIPULATION AND ORDER TO CONTINUE THE TRIAL**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiff/Counter-Defendant Russell LeBarron ("Plaintiff") and Defendant/Counterclaimant Interstate Group, LLC ("Defendant") as follows:

**WHEREAS**, this matter is scheduled for a Master Trial Calendar Scheduling Conference on calendar call on Tuesday June 7 at 10:00 am. This matter is currently scheduled on this Honorable Court's Trial stack commencing June 27, 2022.

**WHEREAS**, Plaintiff's counsel has conferred with Courtroom Administrative Personnel and discussed scheduling concerns, cases placed in front of this case due to

the docket, and possible scheduling.

**WHEREAS,** Plaintiff's counsel is currently attending to the needs of his father's medical condition which has resulted in Plaintiff's counsel attending to his father's civil and criminal matters, Plaintiff's counsel is scheduled for travel to Chicago, Illinois regarding business and personal matters, this trial stack is in close proximity to a federal holiday, Plaintiff's counsel is starting a trial the week following this stack for at least a 15 day trial, and has scheduling commitments during this stack;

**WHEREAS**, after conferring with Defendant's counsel and the Court's staff, the parties herein request that this matter be placed on this Court's stack commencing August 22, 2022, all attendant dates be vacated and continued, and this matter placed on this Court's attendant calendar call and master calendar call relating to the August 22, 2022 stack. This is the first request for an extension regarding the continuation, which is made in good faith, not for purposes of delay, and neither party is prejudiced by this extension.

Dated: May 27, 2022

Respectfully submitted,

By */s/ Christian Gabroy, Esq.*
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway,
Suite 280
Henderson, Nevada 89012
Fax    (702) 259-7704

*Attorneys for Plaintiff*

Dated: May 27, 2022

Respectfully submitted,

By /s/___ *Malani L. Kotchka* ___.
Malani L. Kotchka
Hejmanowski & McCrea LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Fax: (702) 834-5262

*Attorneys for Defendant*

Whereas, it is hereby ordered that this matter be continued to the August 22, 2022 Trial Stack and set on such related Calendar Calls.

IT IS ORDERED that the trial currently set for June 27, 2022, is hereby CONTINUED to August 22, 2022, at 9:00 a.m. and the Calendar call is CONTINUED to August 17, 2022, at 1:30 p.m.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated:___June 1, 2022_____