UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RUSSELL LEBARRON,<br><br>Plaintiff(s),<br><br>v.<br><br>INTERSTATE GROUP, LLC,<br><br>Defendant(s). | Case No. 2:19-CV-1739 JCM (DJA)<br><br>ORDER |

Presently before the court is the matter of *LeBarron v. Interstate Group, LLC*, Case No. 2:19-cv-01739-JCM-DJA.

This court originally had federal question jurisdiction over this matter pursuant to 28 U.S.C. § 1331 based on plaintiff Russell LeBarron's ("LeBarron") alleged violations of the Americans with Disabilities Act ("ADA") and Employee Retirement Income Security Act ("ERISA"). Defendant Interstate Group, LLC ("Interstate") subsequently filed a counterclaim for conversion and civil theft under state law (ECF No. 63), over which this court exercised supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

The ADA and ERISA federal claims have since been dismissed (*see* ECF No. 125, ECF No. 90, respectively), leaving Interstate's counterclaim for conversion and civil theft (ECF No. 63) as the lone remaining claim in this action.

Pursuant to 28 U.S.C. § 1367(c) a district court "may decline to exercise supplemental jurisdiction over a claim…if…the district court has dismissed all claims over which it has original jurisdiction."

**James C. Mahan**
**U.S. District Judge**

Given that all federal claims in this action have now been dismissed, the court hereby declines to exercise supplemental jurisdiction over Interstate's state-based counterclaim[1] and therefore DISMISSES this action.

Accordingly, the clerk of the court is hereby instructed to CLOSE THIS CASE. All pending motions are DISMISSED as moot.

IT IS SO ORDERED.

DATED August 10, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that it does not have original jurisdiction over the counterclaim since Interstate asserts only an estimated loss of $7,014.36 for the parts and accessories allegedly stolen by LeBarron. (*See* ECF No. 63 at 2, ¶ 7). This amount in controversy does not exceed the jurisdictional threshold as required by 28 U.S.C. § 1332.

**James C. Mahan**
**U.S. District Judge**