MALANI L. KOTCHKA
Nevada Bar No. 283
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262
mlk@hmlawlv.com

*Attorneys for Defendant/Counterclaimant
Interstate Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LEBARRON, an individual, | |
| Plaintiff, | Case No.: 2:19-cv-01739-JCM-DJA |
| v. | |
| INTERSTATE GROUP, LLC; DOES I THROUGH X; and ROE Corporations XI through XX, inclusive, | |
| Defendant. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| | **(First Request)** |
| INTERSTATE GROUP, LLC, | |
| Counterclaimant, | |
| v. | |
| RUSSELL LEBARRON, | |
| Counter-Defendant. | |

Plaintiff Russell LeBarron, and Defendant Interstate Group, LLC ("Interstate"), by and through their undersigned counsel, hereby stipulate and agree that Interstate may have through September 2, 2022 to file its response to Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 130). This is the first stipulation for the extension of time to file a response. This request is

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

Page 1 of 2

being made because the attorney for Defendant has been testifying in a sexual harassment trial in federal court. The Defendant is not seeking this extension for the purpose of delay.

| | |
|---|---|
| GABROY/MESSER | HEJMANOWSKI & McCREA LLC |
| By: /s/ Christian Gabroy<br>Christian Gabroy (SBN 8805)<br>Kaine Messer (SBN 14240)<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel 702-259-7777<br>Fax 702-259-7704<br>christian@gabroy.com<br>kmesser@gabroy.com | By: /s/ Malani L. Kotchka<br>Malani Kotchka (SBN 0283)<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendant/Counterclaimant<br>Interstate Group, LLC |

### ORDER

**IT IS SO ORDERED.**

_/s/ James C. Mahan_
United States District Judge

Dated: August 31, 2022

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777